IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-T |
| **TERRY MITCHELL** | ) | (WO) |

ORDER

It is ORDERED that defendant Terry Mitchell's motion to reconsider (Doc. No. 1857) is denied.

It is further ORDERED that defendant Mitchell's motion for status (Doc. No. 1858) is denied.  With this order, the court has denied the motion which is at issue in the status motion.

DONE, this the 24th day of August, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**