IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-T |
| TERRY MITCHELL | ) | (WO) |

ORDER

It is ORDERED that defendant Terry Mitchell's motion to set aside judgment (Doc. No. 1866) is denied. The undersigned never recused himself because of any "conflict of interest." Judge Alaimo was assigned this case merely because of the court's heavy criminal docket at the time. The undersigned is not related in any way to any of the parties or their attorneys.

DONE, this the 13th day of October, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE