IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-T |
| **TERRY MITCHELL** | ) | (WO) |

ORDER

It is ORDERED that defendant Terry Mitchell's motion for reconsideration and clarification (Doc. No. 1868) is denied.

DONE, this the 3rd day of November, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**